United States District Court
Southern District of Texas
**ENTERED**
March 26, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| GRACE GUERRERO, et al., | Case No. 2:20-cv-261 |
| v. | |
| LOYAL SOURCE GOVERNMENT SERVICES, LLC | |

## ORDER GRANTING APPROVAL OF FLSA COLLECTIVE ACTION SETTLEMENT

On March 25, 2021, the Court heard a joint motion for approval of a settlement of a collective action by Plaintiff on behalf of herself and all others similarly situated, and Defendant. The Court has considered the Settlement Agreement (which has been filed under seal) and its exhibits, including the Notice Materials; and the submissions of counsel, and hereby finds and orders as follows:

1. Unless otherwise defined herein, all terms used in this Order (the "Approval Order") will have the same meaning as defined in the Settlement Agreement.

2. The Court finds that the settlement memorialized in the Settlement Agreement resolves a bona fide FLSA dispute and is fair and reasonable.

3. The Court grants approval of the Parties' Settlement Agreement.

4. The Court approves the full and final extinguishment of the Released Claims of the Settlement Class Members as set forth in the Settlement Agreement as a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act.

5. This Court approves ILYM Group as Settlement Administrator to perform duties in accordance with the terms of the Settlement Agreement.

6. The Notices to be provided as set forth in the Settlement Agreement are hereby found to be the best practicable means of providing notice under the circumstances and, when completed,

shall constitute due and sufficient notice of the proposed settlement. The Notices are accurate, objective, and informative and provide both the Putative Class Members with all of the information necessary to make an informed decision regarding their participation in the settlement and its fairness.

7. The Notice of Settlement of Collective Action Lawsuit, and the Consent to Join and Release Forms, attached to the Settlement Agreement are approved. The Settlement Administrator is authorized to mail and email those documents to the Putative Class Members as provided in the Settlement Agreement.

8. Neither this Order, the Settlement Agreement, nor any other documents or information relating to the settlement of this Litigation shall constitute, be construed to be, or be admissible in this Litigation or any other proceeding as evidence: (a) that any group of similarly situated or other employees exists to maintain a collective action under the Fair Labor Standards Act, (b) of an adjudication of the merits of this Litigation, (c) an adjudication of any of the matters subject to the Releases in the Settlement Agreement, (d) that any party has prevailed in this case, or (e) that Defendant or the Releasees have engaged in any wrongdoing.

9. The Plaintiff and Defendant are ordered to carry out the settlement according to the terms of the Settlement Agreement.

IT IS SO ORDERED.

Dated: March 25, 2021

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE